**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| USA, | ) | CV-09-2012-PHX-JAT |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| Toyota Sequoia 2005 (VIN: 5TDZT38AX5S239010), | ) | |
| Defendant. | ) | |
| Mukhtiar Singh, | ) | |
| Claimant. | ) | |

On October 11, 2011, the Court granted the Government's motion to extend the deadlines associated with the final pretrial conference, even though the Court noted that the parties had not demonstrated good cause for extending those deadlines. (Doc. 34.) In that Order, the Court cautioned Claimant Mukhtiar Singh that if he refused to participate in preparing for the final pretrial conference, the Court would strike his claim and order the property forfeited. (Id. p.1.)

The Government filed the Proposed Final Pretrial Order (Doc. 35) and its Proposed Findings of Fact and Conclusions of Law (Doc. 36) on November 29, 2011. The Government noted that Claimant did not participate in preparing the Proposed Final Pretrial Order, despite the Government making several attempts to contact Claimant and Claimant's counsel.

Because Claimant failed to participate in preparing the Proposed Final Pretrial Order and because the Court warned Claimant what would happen if he failed to participate, the Court will strike Mr. Singh's claim to the 2005 Toyota Sequoia, VIN: 5TDZT38AX5S239010 (the "Property"). The Court further orders the Property forfeited.

Accordingly,

**IT IS ORDERED** striking Mr. Singh's claim to the Property.

**IT IS FURTHER ORDERED** forfeiting the Property to United States of America. The Government shall file a proposed form of judgment for entry by the Court within five (5) days of the date of this Order.

**IT IS FURTHER ORDERED** vacating the Final Pretrial Conference currently set for 10:00 a.m. on December 19, 2011.

DATED this 6th day of December, 2011.

James A. Teilborg
United States District Judge